# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davis Hospitality Fund, LP,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Royal Ganesh, LLC and Ashok Patel,<br><br>　　　　Defendants. | Case No. 2:24-cv-03293-CSK<br><br>**MODIFIED ORDER APPROVING STIPULATION**<br><br>Trial Date:　　　None set |

The Court reviewed the Stipulation between specially appearing Defendants Royal Ganesh and Ashok Patel (collectively the "Defendants"), and Plaintiff Davis Hospitality Fund, LP ("Plaintiff") regarding acceptance of service of First Amended Complaint and extending time to respond to First Amended Complaint, and finding no objection thereto, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.　As stipulated, Defendants are deemed to have accepted service of the First Amended Complaint and Exhibits 1 and 2 to that pleading;

2.　The deadline for Defendants to respond to the First Amended Complaint shall be January 22, 2025; and

/ / /

/ / /

/ / /

3.  As requested by the parties, the parties shall meet and confer in an effort to resolve this action.

Dated:  December 16, 2024

_____
HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, davi3293.24